UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL WALSH :
Plaintiff :
:
vs : CA #06-346ML
:
STATE OF RHODE ISLAND, :
Department of Corrections, :
ASHBEL T. WALL, II :
Individually and in his official capacity as :
Director of the Rhode Island Department :
of Corrections; GAULTER J. BOTAS, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; KENNETH VIVEIROS, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; JOHN BOUDREAU, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; JOHN REIS :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; ERNEST SPAZIANO, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; STEPHEN MOKLER :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; WILLIAM BEGONES, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; JOHN DOE, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; RON ROE, :
Individually and in his official capacity as :
Correctional Officer employed by the State :
of Rhode Island; :
Defendants :

## ENTRY OF APPEARANCE STIPULATION

J. Scott Kilpatrick hereby enters his appearance as Attorney for the Defendant, John Reis, actually known as Michael Reis, individually and in his official capacity as a correctional officer employed by the State of Rhode Island.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 11th day of September, 2006, and that there are no non-registered participants.

/s/ J. Scott Kilpatrick