UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL WALSH<br>Plaintiff | : | |
| vs | : | CA #06-346ML |
| STATE OF RHODE ISLAND,<br>Department of Corrections,<br>ASHBEL T. WALL, II<br>Individually and in his official capacity as<br>Director of the Rhode Island Department<br>of Corrections; GAULTER J. BOTAS,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; KENNETH VIVEIROS,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; JOHN BOUDREAU,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; JOHN REIS<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; ERNEST SPAZIANO,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; STEPHEN MOKLER<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; WILLIAM BEGONES,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; JOHN DOE,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island; RON ROE,<br>Individually and in his official capacity as<br>Correctional Officer employed by the State<br>of Rhode Island;<br>Defendants | : | |

**STIPULATION**

It is agreed by and between the parties that Defendant John Reis has until November 13, 2006 to answer Plaintiff's Complaint.

Defendant, John Reis
By his Attorney,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

Plaintiff, Michael Walsh
By his Attorney,

/s/ V.Edward Formisano
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 FACSIMILE

Dated: September 8, 2006