**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WALSH**

**v.** **C.A. No. 346 ML**

**STATE OF RHODE ISLAND**

**ENTRY OF APPEARANCE**

The undersigned hereby enters her appearance on behalf of the State of Rhode Island and Ashbel T. Wall, II.

Respectfully submitted,

Defendants STATE OF RHODE ISLAND
And ASHBEL T. WALL, II

By their Attorneys

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington Bar No. 3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2303
Fax (401) 222-2995
Rpartington@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the foregoing document to be electronically sent on this 18th day of September, 2006 to the person or persons indicated below:

Kenneth A. Schreiber, Esquire
Schreiber & Shreiber, P.C.
Schreiber@schreiber.necoxmail.com

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
edf@sfclaw.com

*/s/ Rebecca Tedford Partington*