**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL WALSH,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-346ML** |
| | : | |
| **STATE OF RHODE ISLAND, et al.** | : | |
| **Defendants** | : | |

**DISMISSAL STIPULATION**

The above matter is hereby dismissed with prejudice, no fees, costs or interest to any party.

Plaintiff,
By his Attorney,

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Defendants,
By their Attorney,

/s/ James R. Lee
James R. Lee, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)